David L. CLARK and Lela M. Clark, husband and wife, and Joe F. Clark and Gladys F. Clark, husband and wife, Plaintiffs-Appellees,

v.

Fred Hilton DAVIS and Lorraine Davis, husband and wife, Defendants-Appellants.

No. 24020.

United States Court of Appeals,
Ninth Circuit.

April 9, 1971.

Arden E. Shenker (argued), Lamar Tooze, Jr., Rees C. Johnson, of Tooze, Powers, Kerr, Tooze & Peterson, Portland, Or., for appellants.

Jack L. Kennedy (argued), Portland, Or., John H. Kottkamp, of Kottkamp & O'Rourke, Pendleton, Or., for appellees.

Before KOELSCH, CARTER and WRIGHT, Circuit Judges.

PER CURIAM:

This appeal is taken from a diversity action for malicious institution of a civil proceeding and for slander of title to a cattle ranch. Appellees prevailed and were awarded damages.

On appeal Davis questions the sufficiency of the evidence and alleges that appellees improperly impeached their own witness.

We have carefully examined the several assignments of error in the light of the record and, finding no reversible error, affirm.

It is so ordered.